IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Kimberly M. Collins, | ) | Case No. 17-24664 CMB |
|     Debtor(s) | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |
| Kimberly M. Collins, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

## **DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On April 10, 2018 at docket number 34, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

                Respectfully submitted,

<u>November 27, 2022</u>        <u>/s/ Christopher M. Frye</u>
DATE                      Christopher M. Frye, Esquire
                            Attorney for the Debtor(s)

                            STEIDL & STEINBERG
                            Suite 2830 – Gulf Tower
                            707 Grant Street
                            Pittsburgh, PA  15219
                            (412) 391-8000
                            chris.frye@steidl-steinberg.com
                            PA I.D. No. 208402

**PAWB Local Form 24 (07/13)**