**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Kimberly M. Collins**
Debtor(s)

Bankruptcy Case No.: 17−24664−CMB

Chapter: 13
Docket No.: 60 − 59

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 25th of November, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/9/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/19/23 at 02:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/9/23.**

                                             Carlota M. Bohm
                                             United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kimberly M. Collins  
    Debtor

Case No. 17-24664-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4  
Date Rcvd: Nov 25, 2022     Form ID: 408v     Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly M. Collins, 3014 Gilmore Ave., Pittsburgh, PA 15235-1450 |
| cr | + | M&T Bank, c/o Stern & Eisenberg PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14731146 | + | ADT, 1825 E. Carson Street, Pittsburgh, PA 15203-1707 |
| 14731156 | | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14731158 | | Santander Consumer USA, PO Box 961245, Terrell, TX 75161 |
| 14731168 | | UPMC Presbyterian Shadyside, c/o State Collection Service, Madison, WI 53701 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 26 2022 00:05:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4001 Embarcadero Drive, Arlington, TX 76014-4106 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 26 2022 00:05:00 | Americredit Financial Services, Inc dba GM Financi, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 26 2022 00:05:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14763291 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 26 2022 00:05:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14731151 | | Email/Text: kburkley@bernsteinlaw.com | Nov 26 2022 00:06:00 | Duquesne Light, 411 Seventh Avenue, PO Box 1930, Pittsburgh, PA 15230 |
| 14731147 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 26 2022 00:04:51 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14759108 | + | Email/Text: bankruptcy@cavps.com | Nov 26 2022 00:06:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14731148 | + | Email/Text: bankruptcy@cavps.com | Nov 26 2022 00:06:00 | Citi Bank, c/o Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 14731149 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2022 00:06:00 | Commenity Bank, c/o Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14731150 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 26 2022 00:04:46 | DSNB/Macy's, PO Box 8218, Monroe, OH 45050 |
| 14816842 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 26 2022 00:06:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14731152 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 26 2022 00:05:00 | GM Financial, PO Box 181145, Arlington, TX |

Case 17-24664-CMB    Doc 62    Filed 11/27/22    Entered 11/28/22 00:11:38    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 25, 2022 | Form ID: 408v | Total Noticed: 41 |

| Recipient ID | Delivery | Date/Time | Address |
|---|---|---|---|
| 14731153 | + Email/Text: BKRMailOPS@weltman.com | Nov 26 2022 00:06:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14816813 | Email/Text: camanagement@mtb.com | Nov 26 2022 00:06:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240 |
| 14731154 | Email/Text: camanagement@mtb.com | Nov 26 2022 00:06:00 | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 14757410 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2022 00:06:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 14808908 | + Email/Text: JCAP_BNC_Notices@jcap.com | Nov 26 2022 00:06:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14731155 | + Email/Text: bnc@nordstrom.com | Nov 26 2022 00:05:04 | Nordstrom/TD Bank USA, PO Box 13589, Scottsdale, AZ 85267-3589 |
| 14750090 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2022 00:04:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14731448 | + Email/PDF: rmscedi@recoverycorp.com | Nov 26 2022 00:04:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14758594 | + Email/Text: ebnpeoples@grblaw.com | Nov 26 2022 00:05:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14731157 | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Nov 26 2022 00:05:00 | Progressive Auto, PO Box 94561, Cleveland, OH 44101-4561 |
| 14731159 | + Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:04:49 | SYNCB/Bannana Republic, PO Box 965005, Orlando, FL 32896-5005 |
| 14731160 | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:04:49 | SYNCB/GAPDC, PO Box 965005, Orlando, FL 32896-5005 |
| 14731161 | + Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:04:50 | SYNCB/Pandora, PO Box 965036, Orlando, FL 32896-5036 |
| 14731162 | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:04:50 | SYNCB/Synchrony Home, PO Box 965036, Orlando, FL 32896-5036 |
| 14743332 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 26 2022 00:06:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14731163 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2022 00:04:45 | Synchrony Bank, c/o Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 14737771 | Email/PDF: ebn_ais@aisinfo.com | Nov 26 2022 00:04:53 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14731165 | + Email/Text: bankruptcynotices@dcicollect.com | Nov 26 2022 00:06:00 | T-Mobile, c/o Diversified Consultants, PO Box 551268, Jacksonville, FL 32255-1268 |
| 14731166 | + Email/Text: Bankruptcy@TekCollect.com | Nov 26 2022 00:05:00 | Tek Collect, PO Box 1269, Columbus, OH 43216-1269 |
| 14731167 | ^ MEBN | Nov 25 2022 23:59:01 | The Receivable Mgmt Svs, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14784656 | Email/PDF: ebn_ais@aisinfo.com | Nov 26 2022 00:04:45 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14731169 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 26 2022 00:05:00 | Verizon, 500 Technology Drive, Suite 300, Saint Charles, MO 63304-2225 |
| 14731170 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2022 00:04:44 | World Financial Network Bank, c/o Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |

TOTAL: 35

District/off: 0315-2 | User: auto | Page 3 of 4
Date Rcvd: Nov 25, 2022 | Form ID: 408v | Total Noticed: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14747718 | *+ | ADT, 1825 E. Carson Street, Pittsburgh, PA 15203-1707 |
| 14766059 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc, dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14747723 | *P++ | BERNSTEIN LAW FIRM, 707 GRANT ST, STE 2200 GULF TOWER, PITTSBURGH PA 15219-1900, address filed with court:, Duquesne Light, 411 Seventh Avenue, PO Box 1930, Pittsburgh, PA 15230 |
| 14747719 | *+ | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14747720 | *+ | Citi Bank, c/o Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 14747721 | *+ | Commenity Bank, c/o Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14747722 | * | DSNB/Macy's, PO Box 8218, Monroe, OH 45050 |
| 14747724 | * | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14747725 | *+ | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14747726 | * | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 14747727 | *+ | Nordstrom/TD Bank USA, PO Box 13589, Scottsdale, AZ 85267-3589 |
| 14747728 | * | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14747729 | * | Progressive Auto, PO Box 94561, Cleveland, OH 44101-4561 |
| 14747731 | *+ | SYNCB/Bannana Republic, PO Box 965005, Orlando, FL 32896-5005 |
| 14747732 | * | SYNCB/GAPDC, PO Box 965005, Orlando, FL 32896-5005 |
| 14747733 | *+ | SYNCB/Pandora, PO Box 965036, Orlando, FL 32896-5036 |
| 14747734 | * | SYNCB/Synchrony Home, PO Box 965036, Orlando, FL 32896-5036 |
| 14747730 | * | Santander Consumer USA, PO Box 961245, Terrell, TX 75161 |
| 14731164 | *+ | Synchrony Bank, c/o Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 14747735 | *+ | Synchrony Bank, c/o Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 14747736 | *+ | Synchrony Bank, c/o Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 14747737 | *+ | T-Mobile, c/o Diversified Consultants, PO Box 551268, Jacksonville, FL 32255-1268 |
| 14747738 | *+ | Tek Collect, PO Box 1269, Columbus, OH 43216-1269 |
| 14747739 | *+ | The Receivable Mgmt Svs, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14747740 | * | UPMC Presbyterian Shadyside, c/o State Collection Service, Madison, WI 53701 |
| 14747741 | *+ | Verizon, 500 Technology Drive, Suite 300, Saint Charles, MO 63304-2225 |
| 14747742 | *+ | World Financial Network Bank, c/o Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |

TOTAL: 1 Undeliverable, 29 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 27, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 25, 2022 | Form ID: 408v | Total Noticed: 41 |

Christopher M. Frye
    on behalf of Debtor Kimberly M. Collins chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Christopher M. McMonagle
    on behalf of Creditor M&T Bank cmcmonagle@timoneyknox.com bkecf@sterneisenberg.com

Denise Carlon
    on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

William E. Craig
    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

William E. Craig
    on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10