**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KIMBERLY M. COLLINS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:17-24664 CMB<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/17/2017 and confirmed on 02/05/2018. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 71,728.52 |
| Less Refunds to Debtor | 565.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 71,163.52 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,700.00 | |
|   Trustee Fee | 3,225.71 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,925.71 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| M & T BANK** | 0.00 | 40,580.95 | 0.00 | 40,580.95 |
|   Acct: 8006 | | | | |
| M & T BANK** | 5,795.50 | 5,795.50 | 0.00 | 5,795.50 |
|   Acct: 8006 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 4,043.66 | 4,043.66 | 1,870.92 | 5,914.58 |
|   Acct: 8239 | | | | |
| | | | | 52,291.03 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KIMBERLY M. COLLINS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KIMBERLY M. COLLINS | 565.00 | 565.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ADT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 438.40 | 212.67 | 0.00 | 212.67 |
| Acct: 4060 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 2,080.16 | 1,009.09 | 0.00 | 1,009.09 |
| Acct: 2607 | | | | |
| MIDLAND FUNDING LLC | 864.53 | 419.38 | 0.00 | 419.38 |
| Acct: 9405 | | | | |
| DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DUQUESNE LIGHT COMPANY(*) | 875.51 | 424.71 | 0.00 | 424.71 |
| Acct: 2035 | | | | |
| KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 851.66 | 413.14 | 0.00 | 413.14 |
| Acct: 6072 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,209.50 | 586.73 | 0.00 | 586.73 |
| Acct: 3466 | | | | |
| PROGRESSIVE AUTO INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9397 | | | | |
| SANTANDER CONSUMER USA | 4,085.67 | 1,981.96 | 0.00 | 1,981.96 |
| Acct: 5665 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 402.33 | 195.17 | 0.00 | 195.17 |
| Acct: 9391 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 409.54 | 198.67 | 0.00 | 198.67 |
| Acct: 4550 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 982.30 | 476.51 | 0.00 | 476.51 |
| Acct: 5812 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 1,241.24 | 602.13 | 0.00 | 602.13 |
| Acct: 5548 | | | | |
| TEK COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 10XX | | | | |
| UPMC PRESBYTERIAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 596.19 | 289.21 | 0.00 | 289.21 |
| Acct: 0001 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 859.53 | 416.96 | 0.00 | 416.96 |
| Acct: 3651 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 9,730.87 | 4,720.45 | 0.00 | 4,720.45 |
| Acct: 8239 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5812 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| Acct: | | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | REC MANAGEMENT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | | | | 11,946.78 |

| TOTAL PAID TO CREDITORS | | | | | 64,237.81 |

TOTAL CLAIMED
PRIORITY              0.00
SECURED           9,839.16
UNSECURED        24.627.43

Date: 01/12/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com