**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kimberly M. Collins<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–8042<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   17–24664–CMB | | |

# Order of Discharge                                                                                      12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kimberly M. Collins

<u>1/10/23</u>                                                                  **By the court:** <u>Carlota M Bohm</u>
                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                  Case No. 17-24664-CMB

Kimberly M. Collins                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                       User: auto                                         Page 1 of 4

Date Rcvd: Jan 10, 2023                           Form ID: 3180W                            Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly M. Collins, 3014 Gilmore Ave., Pittsburgh, PA 15235-1450 |
| cr | + | M&T Bank, c/o Stern & Eisenberg PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14731146 | + | ADT, 1825 E. Carson Street, Pittsburgh, PA 15203-1707 |
| 14731156 | | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14731158 | | Santander Consumer USA, PO Box 961245, Terrell, TX 75161 |
| 14731168 | | UPMC Presbyterian Shadyside, c/o State Collection Service, Madison, WI 53701 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 11 2023 04:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 11 2023 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 11 2023 04:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 11 2023 00:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | Jan 11 2023 04:54:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4001 Embarcadero Drive, Arlington, TX 76014-4106 |
| cr | + | EDI: PHINAMERI.COM | Jan 11 2023 04:54:00 | Americredit Financial Services, Inc dba GM Financi, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | EDI: PHINAMERI.COM | Jan 11 2023 04:54:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14763291 | | EDI: PHINAMERI.COM | Jan 11 2023 04:54:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14731151 | | Email/Text: kburkley@bernsteinlaw.com | Jan 11 2023 00:05:00 | Duquesne Light, 411 Seventh Avenue, PO Box 1930, Pittsburgh, PA 15230 |
| 14731147 | + | EDI: CAPITALONE.COM | Jan 11 2023 04:54:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14759108 | + | Email/Text: bankruptcy@cavps.com | | |

Case 17-24664-CMB  Doc 69  Filed 01/12/23  Entered 01/13/23 00:32:45  Desc Imaged
Certificate of Notice  Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Jan 10, 2023 | Form ID: 3180W | Total Noticed: 43 |

| ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 14731148 | + | Email/Text: bankruptcy@cavps.com | Jan 11 2023 00:05:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| | | | Jan 11 2023 00:05:00 | Citi Bank, c/o Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 14731149 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2023 00:05:00 | Commenity Bank, c/o Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14731150 | | EDI: CITICORP.COM | Jan 11 2023 04:54:00 | DSNB/Macy's, PO Box 8218, Monroe, OH 45050 |
| 14816842 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 11 2023 00:05:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14731152 | | EDI: PHINAMERI.COM | Jan 11 2023 04:54:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14731153 | + | Email/Text: BKRMailOPS@weltman.com | Jan 11 2023 00:05:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14816813 | | Email/Text: camanagement@mtb.com | Jan 11 2023 00:05:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240 |
| 14731154 | | Email/Text: camanagement@mtb.com | Jan 11 2023 00:05:00 | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 14757410 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2023 00:05:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 14808908 | + | EDI: JEFFERSONCAP.COM | Jan 11 2023 04:54:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14731155 | + | Email/Text: bnc@nordstrom.com | Jan 11 2023 00:05:00 | Nordstrom/TD Bank USA, PO Box 13589, Scottsdale, AZ 85267-3589 |
| 14750090 | | EDI: PRA.COM | Jan 11 2023 04:54:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14731448 | + | EDI: RECOVERYCORP.COM | Jan 11 2023 04:54:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14758594 | + | Email/Text: ebnpeoples@grblaw.com | Jan 11 2023 00:04:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14731157 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jan 11 2023 00:04:00 | Progressive Auto, PO Box 94561, Cleveland, OH 44101-4561 |
| 14731159 | + | EDI: RMSC.COM | Jan 11 2023 04:54:00 | SYNCB/Bannana Republic, PO Box 965005, Orlando, FL 32896-5005 |
| 14731160 | | EDI: RMSC.COM | Jan 11 2023 04:54:00 | SYNCB/GAPDC, PO Box 965005, Orlando, FL 32896-5005 |
| 14731161 | + | EDI: RMSC.COM | Jan 11 2023 04:54:00 | SYNCB/Pandora, PO Box 965036, Orlando, FL 32896-5036 |
| 14731162 | | EDI: RMSC.COM | Jan 11 2023 04:54:00 | SYNCB/Synchrony Home, PO Box 965036, Orlando, FL 32896-5036 |
| 14743332 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 11 2023 00:05:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14731163 | + | EDI: PRA.COM | Jan 11 2023 04:54:00 | Synchrony Bank, c/o Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 14737771 | | EDI: AIS.COM | Jan 11 2023 04:54:00 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14731165 | + | EDI: DCI.COM | Jan 11 2023 04:54:00 | T-Mobile, c/o Diversified Consultants, PO Box 551268, Jacksonville, FL 32255-1268 |

Case 17-24664-CMB   Doc 69   Filed 01/12/23   Entered 01/13/23 00:32:45   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: 3180W | Total Noticed: 43 |

| 14731166 | + Email/Text: Bankruptcy@TekCollect.com | | |
|---|---|---|---|
| | | Jan 11 2023 00:04:00 | Tek Collect, PO Box 1269, Columbus, OH 43216-1269 |
| 14731167 | ^ MEBN | | |
| | | Jan 11 2023 00:02:11 | The Receivable Mgmt Svs, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14784656 | EDI: AIS.COM | | |
| | | Jan 11 2023 04:54:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14731169 | + EDI: VERIZONCOMB.COM | | |
| | | Jan 11 2023 04:54:00 | Verizon, 500 Technology Drive, Suite 300, Saint Charles, MO 63304-2225 |
| 14731170 | + EDI: PRA.COM | | |
| | | Jan 11 2023 04:54:00 | World Financial Network Bank, c/o Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14747718 | *+ | ADT, 1825 E. Carson Street, Pittsburgh, PA 15203-1707 |
| 14766059 | *P++ | AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc, dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14747723 | *P++ | BERNSTEIN LAW FIRM, 707 GRANT ST, STE 2200 GULF TOWER, PITTSBURGH PA 15219-1900, address filed with court:, Duquesne Light, 411 Seventh Avenue, PO Box 1930, Pittsburgh, PA 15230 |
| 14747719 | *+ | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14747720 | *+ | Citi Bank, c/o Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 14747721 | *+ | Commenity Bank, c/o Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14747722 | * | DSNB/Macy's, PO Box 8218, Monroe, OH 45050 |
| 14747724 | * | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14747725 | *+ | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14747726 | * | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 14747727 | *+ | Nordstrom/TD Bank USA, PO Box 13589, Scottsdale, AZ 85267-3589 |
| 14747728 | * | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14747729 | * | Progressive Auto, PO Box 94561, Cleveland, OH 44101-4561 |
| 14747731 | *+ | SYNCB/Bannana Republic, PO Box 965005, Orlando, FL 32896-5005 |
| 14747732 | * | SYNCB/GAPDC, PO Box 965005, Orlando, FL 32896-5005 |
| 14747733 | *+ | SYNCB/Pandora, PO Box 965036, Orlando, FL 32896-5036 |
| 14747734 | * | SYNCB/Synchrony Home, PO Box 965036, Orlando, FL 32896-5036 |
| 14747730 | * | Santander Consumer USA, PO Box 961245, Terrell, TX 75161 |
| 14731164 | *+ | Synchrony Bank, c/o Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 14747735 | *+ | Synchrony Bank, c/o Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 14747736 | *+ | Synchrony Bank, c/o Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 14747737 | *+ | T-Mobile, c/o Diversified Consultants, PO Box 551268, Jacksonville, FL 32255-1268 |
| 14747738 | *+ | Tek Collect, PO Box 1269, Columbus, OH 43216-1269 |
| 14747739 | *+ | The Receivable Mgmt Svs, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14747740 | * | UPMC Presbyterian Shadyside, c/o State Collection Service, Madison, WI 53701 |
| 14747741 | *+ | Verizon, 500 Technology Drive, Suite 300, Saint Charles, MO 63304-2225 |
| 14747742 | *+ | World Financial Network Bank, c/o Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |

TOTAL: 1 Undeliverable, 29 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: 3180W | Total Noticed: 43 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Kimberly M. Collins chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Christopher M. McMonagle | on behalf of Creditor M&T Bank cmcmonagle@timoneyknox.com bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 10