IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>KIMBERLY M. COLLINS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:17-24664<br><br>Chapter 13<br><br>Document No.: 59<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this __10th__ day of __January__, 20_23_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
1/10/23 11:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE    **dmr**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-24664-CMB

Kimberly M. Collins     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4

Date Rcvd: Jan 10, 2023     Form ID: pdf900     Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly M. Collins, 3014 Gilmore Ave., Pittsburgh, PA 15235-1450 |
| cr | + | M&T Bank, c/o Stern & Eisenberg PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14731146 | + | ADT, 1825 E. Carson Street, Pittsburgh, PA 15203-1707 |
| 14731156 | | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14731158 | | Santander Consumer USA, PO Box 961245, Terrell, TX 75161 |
| 14731168 | | UPMC Presbyterian Shadyside, c/o State Collection Service, Madison, WI 53701 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM<br>Jan 11 2023 00:05:00 | | AmeriCredit Financial Services, Inc. dba GM Financ, 4001 Embarcadero Drive, Arlington, TX 76014-4106 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM<br>Jan 11 2023 00:05:00 | | Americredit Financial Services, Inc dba GM Financi, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM<br>Jan 11 2023 00:05:00 | | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14763291 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM<br>Jan 11 2023 00:05:00 | | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14731151 | | Email/Text: kburkley@bernsteinlaw.com<br>Jan 11 2023 00:05:00 | | Duquesne Light, 411 Seventh Avenue, PO Box 1930, Pittsburgh, PA 15230 |
| 14731147 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com<br>Jan 11 2023 00:09:17 | | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14759108 | + | Email/Text: bankruptcy@cavps.com<br>Jan 11 2023 00:05:00 | | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14731148 | + | Email/Text: bankruptcy@cavps.com<br>Jan 11 2023 00:05:00 | | Citi Bank, c/o Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 14731149 | + | Email/Text: bankruptcydpt@mcmcg.com<br>Jan 11 2023 00:05:00 | | Commenity Bank, c/o Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14731150 | | Email/PDF: Citi.BNC.Correspondence@citi.com<br>Jan 11 2023 00:10:07 | | DSNB/Macy's, PO Box 8218, Monroe, OH 45050 |
| 14816842 | + | Email/Text: kburkley@bernsteinlaw.com<br>Jan 11 2023 00:05:00 | | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14731152 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM<br>Jan 11 2023 00:05:00 | | GM Financial, PO Box 181145, Arlington, TX |

Case 17-24664-CMB    Doc 70    Filed 01/12/23    Entered 01/13/23 00:32:45    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | | 76096-1145 |
| 14731153 | + | Email/Text: BKRMailOPS@weltman.com | Jan 11 2023 00:05:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14816813 | | Email/Text: camanagement@mtb.com | Jan 11 2023 00:05:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240 |
| 14731154 | | Email/Text: camanagement@mtb.com | Jan 11 2023 00:05:00 | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 14757410 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2023 00:05:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 14808908 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 11 2023 00:05:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14731155 | + | Email/Text: bnc@nordstrom.com | Jan 11 2023 00:05:00 | Nordstrom/TD Bank USA, PO Box 13589, Scottsdale, AZ 85267-3589 |
| 14750090 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 11 2023 00:10:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14731448 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 11 2023 00:10:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14758594 | + | Email/Text: ebnpeoples@grblaw.com | Jan 11 2023 00:04:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14731157 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jan 11 2023 00:04:00 | Progressive Auto, PO Box 94561, Cleveland, OH 44101-4561 |
| 14731159 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 00:10:00 | SYNCB/Bannana Republic, PO Box 965005, Orlando, FL 32896-5005 |
| 14731160 | | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 00:10:01 | SYNCB/GAPDC, PO Box 965005, Orlando, FL 32896-5005 |
| 14731161 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 00:09:36 | SYNCB/Pandora, PO Box 965036, Orlando, FL 32896-5036 |
| 14731162 | | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 00:10:02 | SYNCB/Synchrony Home, PO Box 965036, Orlando, FL 32896-5036 |
| 14743332 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 11 2023 00:05:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14731163 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 11 2023 00:10:06 | Synchrony Bank, c/o Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 14737771 | | Email/PDF: ebn_ais@aisinfo.com | Jan 11 2023 00:09:26 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14731165 | + | Email/Text: bankruptcynotices@dcicollect.com | Jan 11 2023 00:05:00 | T-Mobile, c/o Diversified Consultants, PO Box 551268, Jacksonville, FL 32255-1268 |
| 14731166 | + | Email/Text: Bankruptcy@TekCollect.com | Jan 11 2023 00:04:00 | Tek Collect, PO Box 1269, Columbus, OH 43216-1269 |
| 14731167 | ^ | MEBN | Jan 11 2023 00:02:04 | The Receivable Mgmt Svs, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14784656 | | Email/PDF: ebn_ais@aisinfo.com | Jan 11 2023 00:09:26 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14731169 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 11 2023 00:04:00 | Verizon, 500 Technology Drive, Suite 300, Saint Charles, MO 63304-2225 |
| 14731170 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 11 2023 00:09:50 | World Financial Network Bank, c/o Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14747718 | *+ | ADT, 1825 E. Carson Street, Pittsburgh, PA 15203-1707 |
| 14766059 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc, dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14747723 | *P++ | BERNSTEIN LAW FIRM, 707 GRANT ST, STE 2200 GULF TOWER, PITTSBURGH PA 15219-1900, address filed with court:, Duquesne Light, 411 Seventh Avenue, PO Box 1930, Pittsburgh, PA 15230 |
| 14747719 | *+ | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14747720 | *+ | Citi Bank, c/o Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 14747721 | *+ | Commenity Bank, c/o Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14747722 | * | DSNB/Macy's, PO Box 8218, Monroe, OH 45050 |
| 14747724 | * | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14747725 | *+ | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14747726 | * | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 14747727 | *+ | Nordstrom/TD Bank USA, PO Box 13589, Scottsdale, AZ 85267-3589 |
| 14747728 | * | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14747729 | * | Progressive Auto, PO Box 94561, Cleveland, OH 44101-4561 |
| 14747731 | *+ | SYNCB/Bannana Republic, PO Box 965005, Orlando, FL 32896-5005 |
| 14747732 | * | SYNCB/GAPDC, PO Box 965005, Orlando, FL 32896-5005 |
| 14747733 | *+ | SYNCB/Pandora, PO Box 965036, Orlando, FL 32896-5036 |
| 14747734 | * | SYNCB/Synchrony Home, PO Box 965036, Orlando, FL 32896-5036 |
| 14747730 | * | Santander Consumer USA, PO Box 961245, Terrell, TX 75161 |
| 14731164 | *+ | Synchrony Bank, c/o Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 14747735 | *+ | Synchrony Bank, c/o Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 14747736 | *+ | Synchrony Bank, c/o Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 14747737 | *+ | T-Mobile, c/o Diversified Consultants, PO Box 551268, Jacksonville, FL 32255-1268 |
| 14747738 | *+ | Tek Collect, PO Box 1269, Columbus, OH 43216-1269 |
| 14747739 | *+ | The Receivable Mgmt Svs, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14747740 | * | UPMC Presbyterian Shadyside, c/o State Collection Service, Madison, WI 53701 |
| 14747741 | *+ | Verizon, 500 Technology Drive, Suite 300, Saint Charles, MO 63304-2225 |
| 14747742 | *+ | World Financial Network Bank, c/o Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |

TOTAL: 1 Undeliverable, 29 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2023 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 41 |

Christopher M. Frye
    on behalf of Debtor Kimberly M. Collins chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Christopher M. McMonagle
    on behalf of Creditor M&T Bank cmcmonagle@timoneyknox.com bkecf@sterneisenberg.com

Denise Carlon
    on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

William E. Craig
    on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

William E. Craig
    on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10